UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES A. BOYD, ) | CASE NO. C05-0020-JLR-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER RE-NOTING DEFENDANTS' |
| JOSEPH LEHMAN, et al., ) | MOTION FOR SUMMARY |
| ) | JUDGMENT |
| Defendants. ) | |
| _____ ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On October 26, 2005, defendants' filed a motion for summary judgment which was noted on the Court's calendar for consideration on December 2, 2005. On November 7, 2005, plaintiff filed a motion to continue defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56(f). Plaintiff requested therein an additional 60 days to respond to defendants' motion. Defendants' opposed this request. On November 30, 2005, plaintiff filed a motion for leave to file excess pages in response to defendants' summary judgment motion. Plaintiff filed a second motion for leave to file excess pages on December 6, 2005, together with a 60 page response to defendants' summary judgment motion, various supporting documents, and a notice of withdrawal of his motion to continue defendants' summary judgment motion.

The Court, having reviewed the entirety of this record, does hereby ORDER as follows:

(1) Plaintiff's motions for leave to file excess pages (Dkt. Nos. 45 and 47) are GRANTED. Plaintiff's over-length brief in opposition to defendants' motion for summary judgment and all supporting documents have been made a part of the record.

(2) Plaintiff's motion to continue defendants' summary judgment motion for 60 days (Dkt. No. 41) has been withdrawn at plaintiff's request. However, because plaintiff's response to defendants' summary judgment motion was received by the Court after the original noting date for that motion had passed, the Court deems it appropriate to continue defendants' summary judgment motion for a brief period of time to allow defendants time to file a reply brief in support of their motion should they choose to do so. Accordingly, defendants' summary judgment motion (Dkt. No. 39) is RE-NOTED for consideration on *December 16, 2005*. Defendants shall file and serve any reply brief in support of their motion by that date.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James L. Robart.

DATED this 8th day of December, 2005.

Mary Alice Theiler
United States Magistrate Judge