# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JAMES A. BOYD, | ) | CASE NO. C05-0020-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR SUMMARY |
| JOSEPH LEHMAN, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. No. 39) is GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED with prejudice; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 19th day of May, 2006.

James L. Robart
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -1



05-CV-00020-ORD