UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES A. BOYD,

               Plaintiff,

        v.

JOSEPH LEHMAN, et al.,

               Defendants.

Case No. C05-20JLR

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against PLAINTIFF JAMES A. BOYD and on behalf of DEFENDANTS in the amount of $837.18. All costs requested by defendants were allowed by the clerk. Costs were requested for depositions actually used by defendants. `Only reasonable copying costs were requested. Clerk has no authority to direct how costs will be paid to defendants.

Dated this _____30th_____ day of JUNE, 2006 .


Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1